LAW OFFICES OF EDWARD B. CHATOIAN
2607 Fresno St., Suite C
Fresno, CA 93726
Telephone:  (559) 485-0101
Facsimile:  (559) 485-7643

EDWARD B. CHATOIAN #63957

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY HERMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WARREN MANUFACTURING, INC and DOES 1 through 20,<br><br>　　　　Defendant | Case No.: 1:15-CV-01097SMS<br>Complaint Filed:  2/20/15<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AS TO DEFENDANT WARREN MANUFACTURING, INC., ONLY; ~~PROPOSED~~ ORDER OF THE COURT |

　　　　Pursuant to Federal Rule of Civil Procedure 41 this Stipulation for Dismissal with Prejudice as to Defendant Warren Manufacturing Inc., only, is entered into by Plaintiff RANDY HERMAN ("Plaintiff") and Defendant WARREN MANUFACTURING, INC. ("Defendant").

　　　　WHEREAS, Plaintiff filed a Complaint for Damages in the Tulare County Superior Court, State of California, On February 20, 2015, alleging claims for strict product liability, which was thereafter removed by Defendant to the United States District Court, Eastern District of California;

　　　　WHEREAS Plaintiff and Defendant have agreed to stipulate to dismiss, with prejudice, Defendant WARREN MANUFACTURING, INC., only, with each party to bear it's own fees and costs;

///

///

///

///

1

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant that the above-captioned matter is dismissed with prejudice as to Defendant WARREN MANUFACTURING, INC., only.

Dated:  January 26, 2016

                LAW OFFICES OF EDWARD B. CHATOIAN

                By_____/ S /_____
                  EDWARD B. CHATOIAN II
                  Attorneys for Plaintiff RANDY HERMAN

Dated:  January 27, 2016

                EMERSON, SORENSON, CHURCH

                By_____/ S /_____
                  JAMES D. EMERSON
                  Attorneys for Defendant WARREN
                  MANUFACTURING, INC.

## ORDER

IT IS SO ORDERED.

Dated:  **January 27, 2016**          **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE