1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

EASTERN DISTRICT OF CALIFORNIA

9
10

RANDY HERMAN,

Case No. 1:15-CV-01097-SMS

11
            Plaintiff,

ORDER FOR PLAINTIFF TO SHOW CAUSE

12
        v.

13
WARREN MANUFACTURING, INC., and
DOES 1 through 20,

Date:          October 26, 2016
Time:          1:30 p.m.
Courtroom:  1 (8th Floor)

14

15
            Defendants.

16
17          This action was removed from the Superior Court of Tulare County by Defendant Warren

18   Manufacturing, Inc.  Doc. 1.  The initial scheduling conference was set for February 10, 2016.  Doc.

19   7.  On January 26, 2016, Warren Manufacturing submitted a one-page document captioned

20   "Plaintiff's Designation of True Name of Defendant Previously Known As Doe #1," by which he

21   "amends said Complaint by substituting such true name in the place of such fictitious name

22   wherever it appears in said Complaint."  Doc. 10.  The following day, the parties stipulated to

23   dismissal of the entire action as to Warren Manufacturing, Inc.  Doc. 11.  The Court adopted the

24   parties' stipulation and continued the initial scheduling conference to April 20, 2016.  Docs. 12-13.

25
26          On April 11, 2016, the Court emailed Plaintiff's counsel, advising that the January 26, 2016

27   one-page document did not suffice as an amended complaint, and that compliance with Local Rule

28   220 and Rule 15 of the Federal Rules of Civil Procedure is required.  That same day, the Court

1
2
3
4

vacated the initial scheduling order set for April 26, 2016, upon being advised that an amended

complaint would be filed.  Doc. 14.  Nearly five months later, when no amended complaint was

filed, the Court directed the parties to appear for an informal telephonic case status conference on

September 28, 2016.  Plaintiff did not appear for the informal telephonic conference.[1]  Doc. 16.

5
6
7
8
9

      Accordingly, the Court ORDERS Plaintiff to appear at a hearing scheduled for October 26,

2016, at 1:30 p.m. in Magistrate Judge Sandra Snyder's courtroom, to show why this case should not

be dismissed for failure prosecute.  Plaintiff may appear telephonically for the hearing.   To do so, he

is directed to dial 1-866-590-5055 and use the passcode 5453256.

10
11

      Plaintiff is admonished that failure to timely comply with this order will result in

dismissal of this action.

12
13
14
15

IT IS SO ORDERED.

16

  Dated:   __September 30, 2016__            _____/s/ Sandra M. Snyder__
                                     UNITED STATES MAGISTRATE JUDGE

17
18
19
20
21
22
23
24
25
26
27
28

---

[1]  As Warren Manufacturing, Inc., the sole named defendant had been dismissed from the case, only
Plaintiff would have appeared at the informal telephonic conference.