# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY HERMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARREN MANUFACTURING, INC.,<br><br>　　　　Defendant. | Case No. 1:15-cv-01097-SMS<br><br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br><br>(Doc. 18) |

On October 20, 2016, Plaintiff filed a notice of dismissal, without prejudice. Federal Rule of Civil Procedure 41(a)(1)(A) provides, in relevant part: "[T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" FED. R. CIV. P. 41(a)(1)(A)(i). Because Defendant, who has been dismissed from this case and therefore has not served an answer or motion for summary judgment , this case has terminated.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case in light of Plaintiff's voluntary notice of dismissal without prejudice.

IT IS SO ORDERED.

Dated:  **October 21, 2016**          **/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE